1  MELINDA HAAG (SBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954 )   ~~Chambers Copy — Do Not E-File~~
   Assistant United States Attorney

4
   U.S. Attorney's Office/Civil Division
5  150 Almaden Blvd., Suite 900
   San Jose, California 95113
6  Telephone:      (408) 535-5087
   Facsimile:      (408) 535-5081
7  Email:          michael.t.pyle@usdoj.gov

8
   Attorneys for Defendant United States of America
9
   STERNS & WALKER
10 GERALD C. STERNS (CSBN 29976)
   825 Washington Street, 3rd Floor
11 Oakland, California 94607
   Telephone: 510-267-0500
12 Facsimile: 510-267-0506
   E-mail: sterns@trial-law.com
13
   Attorneys for Plaintiff Louis J. Rizzo
14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18
   Louis J. Rizzo,                  )   Case No. C 10-854 SC
19                                   )
          Plaintiff,                 )
20                                   )   STIPULATION AND [~~PROPOSED~~]
          v.                         )   ORDER TO PERMIT TAKING OF
21                                   )   THIRD-PARTY DEPOSITIONS AFTER
   UNITED STATES OF AMERICA,         )   DISCOVERY CUT-OFF
22                                   )
          Defendant.                 )
23 _____  )

24     IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of

25 the Court, that Defendant be permitted to depose four third-party physicians who were served

26 subpoenas to testify on December 6 and 7, 2010 prior to the December 7, 2010 fact discovery

27 cut-off on a date convenient to the third-party physicians and the undersigned counsel.  This

28 stipulation was agreed to by the undersigned because Plaintiff's counsel and the third-party

   STIPULATION AND [PROPOSED] ORDER
   C10-854 SC                              1

1   physicians are not available on December 6 or 7, 2010 at the noticed time and place. The

2   undersigned would like to accommodate the interests of the third-party physicians and find

3   dates, times and places for the depositions that will be convenient for all concerned. Scheduling

4   these depositions and securing convenient locations will take some time to accomplish so the

5   parties request that Defendant have until December 22, 2010 to take the depositions.

6   Dated: December 1, 2010

7                                   Respectfully submitted,
                                    MELINDA HAAG
8                                   United States Attorney

9
                          By:       _____/s/_____
10                                  MICHAEL T. PYLE
                                    Assistant United States Attorney
11                                  Attorney for Defendant

12                                  Respectfully submitted,

13                                  STERNS & WALKER

14

15                        By:       _____/s/_____

16                                  GERALD C. STERNS
                                    Attorney for Plaintiff

17
    **PURSUANT TO STIPULATION, IT IS SO ORDERED**:
18
        Defendant is permitted to take the deposition of the four non-party physicians he previously
19
    noticed for deposition on December 6 and 7, 2010 on a date or dates on or before December 22,
20
    2010 that is convenient for the witnesses and counsel.
21
    DATED:    12/2/10            _____
22
                                    HON. SAMUEL CONTI
23                                  United States District Judge

24   All other dates remain

25   in place.

26

27

28

STIPULATION AND [PROPOSED] ORDER
C10-854 SC                              2